# EXHIBIT B

[redacted]