# EXHIBIT C

# Screenshots of checkout pages showing that the defendants offer infringing products for sale into the Western District of Pennsylvania

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]