**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YUN ZHU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01788-WSS

**ORDER GRANTING CONTINUANCE OF HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

AND NOW, this 15th day of September, 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Temporary Restraining Order (ECF No. 16) is GRANTED. The injunction hearing is continued from September 15 at 1:00 p.m. (EST) to **September 28, 2026 at 9:30 a.m.** **(EST)** via ZoomGov before Honorable Judge William S. Stickman IV. The Zoom invitation is:

https://pawd-uscourts.zoomgov.com/j/1656329594

IT IS FURTHER ORDERED that the temporary restraining order shall remain in full force and effect through September 28, 2026.

IT IS FINALLY ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

s/ William S. Stickman IV

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE