**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YUN ZHU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01788-WSS

**[PROPOSED ORDER] FOR CONTINUANCE OF HEARING AND TO EXTEND THE AMENDED TEMPORARY RESTRAINING ORDER**

AND NOW, this ___ day of October, 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Amended Temporary Restraining Order (ECF No. 24) is GRANTED. The injunction hearing is continued from **October 13 at 11:00 a.m. (EST)** to **____________ at ________.m. (EST)** via ZoomGov before Honorable Judge William S. Stickman IV.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

______________________________
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE