# EXHIBIT A

Gmail

**Andy Liu <bjliuzheng@gmail.com>**

---

**zoe.wong@gigacloudtech.com** <zoe.wong@gigacloudtech.com> Mon, Oct 12, 2026 at 8:11 AM
To: "Liu, Zheng" <bjliuzheng@gmail.com>
Cc: Kevin Chen <kevin_chen@gigacloudtech.com>, "andy.liu" <andy.liu@aptumlaw.us>, Legalemailgroup <legal@gigacloudtech.com>

Hi Andy,

Please find attached the requested information.

We would like to confirm the status regarding defendant W1568 - can you please confirm the settlement terms that W1568 is not allowed to sell the products anymore? Sometimes we see settlement terms that allow the defendant to clear out the remaining stock. Please let us know. Thank you.

Kind regards,
Zoe

**Zoe Wong**

**General Counsel** at GigaCloud Technology

---

**From:** Liu, Zheng <bjliuzheng@gmail.com>
**Date:** Saturday, October 10, 2026 at 5:45 AM
**To:** "zoe.wong@gigacloudtech.com" <zoe.wong@gigacloudtech.com>
**Cc:** Kevin Chen <kevin_chen@gigacloudtech.com>, "andy.liu" <andy.liu@aptumlaw.us>, Legalemailgroup <legal@gigacloudtech.com>
**Subject:** =?UTF-8?B?MjoyNi1jdi0wMTc4OC1XU1MgLSBaaHUgdiBTY2hlZHVsZSBBIC0gTk9UIFh1Y2hhbmcgWWlucmVuIFRlY2hub2xvZ3kgQ28uLCBMdGQuIHYuIFRoZSBQYXJ0bmVyc2hpcHMgYW5kIFVuaW5jb3Jwb3JhdGVkIEFzc29jaWF0aW9ucyAoQ2FzZSBOby4gMToyNi1jdi0xMDMyOCkg4oCTIFJlcXVlc3QgZm9yIENvbXBsZXRlIFBsZWFkaW5ncw==?=

Hello Zoe,

Sorry about the confusion.

1. Yinren case appears to be a mistake by the process server. Please disregard.

2. **Zhu v Schedule A** is the case involing gigacloud technology.

Thank you for delisting the products listed in schedule A. We also need certain information about those defendants as outlined in the TRO. A template Amazon uses in these type of cases is provided for your ease of reference.

If producing the entire data set will take some time, **pease produce the defendants' emails, so that we can notify them about the upcoming court hearings.**

3. Reinstatement is not necessary, the parties settled and agreed that that defendant will not be selling this product again. The same can be verified with that defendant through your internal channel.

Thank you for your time.
[Quoted text hidden]

---

**Request - Zhu v Schedule A.xlsx**
12K