**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01788-WSS |

**ORDER GRANTING CONTINUANCE OF HEARING AND EXTENSION OF THE AMENDED TEMPORARY RESTRAINING ORDER**

AND NOW, this 13th day of October, 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Amended Temporary Restraining Order (ECF No. 24) is GRANTED. The injunction hearing is continued from **October 13 at 11:00 a.m. (EST)** to **October 26, 2026 at 1:00 p.m. (EST)** via ZoomGov before Honorable Judge William S. Stickman IV. All parties are to connect to this hearing by:

https://pawd-uscourts.zoomgov.com/j/1656329594

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

IT IS FINALLY ORDERED that no further extensions of time will be granted.

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE