**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YUN ZHU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01788-WSS

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the law of the United States that on October 13, 2026, I, or someone acting under my direction, served a copy of the following:

**TEMPORARY RESTRAINING ORDER; ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND ORDER AUTHORIZING EXPEDITED DISCOVERY; SCHEDULING ORDER**

upon the following Defendants:

| Defendant Name and # | Platform | Status of Service |
|---|---|---|
| Altura Home (No. 1) | GIGACLOUD TECHNOLOGY | Served by email |
| YR Furniture (No. 2) | GIGACLOUD TECHNOLOGY | Served by email |
| UNITED WE WIN (No. 3) | GIGACLOUD TECHNOLOGY | Served by email |

by e-mailing the same to the e-mail addresses associated with each Schedule A

Defendant's Seller Alias, as provided by Gigacloud Technology in response to the Court's expedited discovery order, and by other Service Method Authorized by the Court's Order (Dkt. 9). I did not receive any notice of non-delivery of my e-mails.

Date: October 22, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu

Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*