**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YUN ZHU | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:26-CV-1788-WSS |
| | ) | |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN G. KALBERG**

Steven G. Kalberg, undersigned counsel for Defendant YR Fruniture (Def. No. 2), hereby moves that Steven G. Kalberg be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant YR Fruniture in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Steven G. Kalberg filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: October 23, 2026

*/s/ Steven G. Kalberg*
Steven G. Kalberg (IL Bar No. 6336131)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(847) 508-1294
skalberg@directionip.com

*Counsel for Defendant*
*YR Fruniture (Def. No. 2)*