**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YUN ZHU | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:26-CV-1788-WSS |
| | ) | |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | |

**AFFIDAVIT OF STEVEN G. KALBERG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Steven G. Kalberg, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant YR Fruniture (Def. No. 2) in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Steven G. Kalberg, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm Direction IP Law.

2. My business address is P.O. Box 14184, Chicago, IL 60614.

3. I am a member in good standing of the State Bar of Illinois, the State Bar of Minnesota the United States District Court for the Northern District of Illinois, United States District Court for the Central District of Illinois, United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, and United States District Court for the District of Colorado.

4. My bar identification number for the Illinois Bar is IL Bar No. 6336131.

5. My bar identification number for the Minnesota Bar is MN Bar No. 0507381

6. A current certificate of good standing from the State of Illinois is attached to this Affidavit as Exhibit 1.

7. A current certificate of good standing from the State of Minnesota is attached to this Affidavit as Exhibit 2.

8. I have not had any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

9. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

10. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

11. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed On: October 23, 2026 Steven G. Kalberg