# Exhibit 2

MINNESOTA JUDICIAL BRANCH

# Lawyer Details

| | |
|---|---|
| **Lawyer ID** | 0507381 |
| **Last Name** | Kalberg |
| **First Name** | Steven |
| **Middle Name** | Gordon |
| **Address** | Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614 |
| **Date Admitted** | 10/21/26 |
| **Last Payment** | 10/22/26 |
| **Next Payment Due** | 04/01/2027 |
| **Authorized to Practice Law?** | Authorized |

Additional information related to limited license statuses may be obtained through the **Lawyer Registration Website.**

| | |
|---|---|
| **Current Disciplinary Status** | NONE |

Additional information on disciplinary history or statuses may be obtained at **Lawyer's Professional Responsibility Board Website.**

| | |
|---|---|
| **CLE Status** | 1 |
| **Fee Status** | ACTIVE |
| **Professional Liability Insurance** | Lawyer does represent private clients<br>CNA (lead insurer) and other insurers<br>Will maintain policy for one year |
| **Good Standing:** | Yes |

<- Back to Lawyer List...