**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YUN ZHU | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:26-CV-01788-WSS |
| | ) | |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF STEVEN G. KALBERG**

The Court having considered the Motion of Steven G. Kalberg for Admission Pro Hac Vice, that the Motion for Admission Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Dated: ____________________

____________________________________
Honorable William S. Stickman
United States District Judge