**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YUN ZHU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01788-WSS

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 1**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendant from this action:

| No. | Defendant | SKU Number | Platform |
|---|---|---|---|
| 1 | W2606<br>Altura Home | W2606S00037<br>W2606S00039<br>W2606S00040<br>W2606S00041 | GIGACLOUD TECHNOLOGY(USA) INC. d/b/a/ GIGACLOUD TECHNOLOGY<br>Agent for Service: LEI WU<br>Address: 4388 SHIRLEY AVE<br>EL MONTE, CA 91731<br><br>Email:<br><br>Service@gigacloudtech.com |

Date: October 26, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*