**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01788-WSS |

**DECLARATION OF ZHENG "ANDY" LIU REGARDING STATUS OF SERVICE**

I, Zheng "Andy" Liu, declare as follows:

1. I am an attorney licensed to practice in the State of California and counsel for Plaintiff Yun Zhu ("Plaintiff") in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Defendant No. 4 operates on the Wayfair platform. On September 28, 2026, a law clerk in my office acting under my direction, e-mailed Wayfair a copy of the TRO and requested that Wayfair restrain Defendant No. 4's account, remove the infringing product listings, and disclose Defendant No. 4's contact information, sales records, and restrained funds, as required by the TRO.

3. On October 14, 2026, the law clerk sent a follow-up e-mail to Wayfair's legal

department (legal@wayfair.com) and to Wayfair personnel Michael Licker and Srishti Raj, copying a further Wayfair officer and me. The follow-up attached the TRO and a spreadsheet identifying the SKU numbers and links of the infringing products, and requested Defendant No. 4's contact information as soon as possible so that Plaintiff could effectuate service in accordance with the Court's Order.

4. On October 21, 2026, our office received an automatic out-of-office reply from Michael Licker, Director, Employment, Litigation, Risk/Insurance at Wayfair LLC, stating that he was away and might be delayed in responding. A true and correct copy of the out-of-office reply and our correspondence with Wayfair is attached hereto as Exhibit A.

5. As of the date of this declaration, Wayfair has not yet provided Defendant No. 4's contact information, and Plaintiff is awaiting Wayfair's response. Plaintiff will continue to follow up with Wayfair and will serve the TRO on Defendant No. 4 by the methods authorized in the Court's Order promptly upon receipt of Defendant No. 4's contact information. Plaintiff will file a supplemental certificate of service once service on Defendant No. 4 is complete.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 26, 2026, at San Mateo, California.

Date: October 26, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*