# EXHIBIT A

Gmail

hkoscarlam <hkoscarlam@gmail.com>

---

# Out of Office Re: Takedown Request - Zhu v. Schedule A Defendants, Case No.: 26-cv-970

1 message

---

**Michael Licker** <mlicker1@wayfair.com> Wed, Oct 21, 2026 at 11:25 AM
To: hkoscarlam@gmail.com

I am traveling for work from October 20-21. I will be checking email but may be delayed in responding.

Thank you.

--

Michael Licker
Director, Employment, Litigation, Risk/Insurance

Wayfair LLC | Corporate Headquarters
4 Copley Place
Boston, MA 02116
United States

617-502-7727
*mlicker1@wayfair.com <mlicker1@wayfair.com>*

**From:** **Oscar Lam** oscar.lam@aptumlaw.us
**Subject:** Re: Takedown Request - Zhu v. Schedule A Defendants, Case No.: 26-cv-1788
**Date:** October 14, 2026 at 10:41 PM
**To:** legal@wayfair.com, mlicker1@wayfair.com, sraj1@wayfair.com
**Cc:** aoliver@wayfair.com, Andy Liu andy.liu@aptumlaw.us

OL

Dear Srishti, Michael and Wayfair officers,

I am writing to follow up on our previous takedown request. I have also attached SKU numbers and infringing product links in an excel file. We need Defendant's contact information ASAP in order to effectuate service of process to the Defendant in accordance to Court's order.

We appreciate your attention to this matter.

Thank you,

Oscar Lam
Clerk for Attorney Zheng "Andy" Liu | CA Process Server | ***Aptum Law***
626.550.7922 | 1660 S. Amphlett Blvd. Ste. 315, San Mateo, California

**Latitude Run SKU(1).xlsx**

**26-1788 SEALED ORDER.pdf**

> On Sep 28, 2026, at 7:40 AM, Oscar Lam <oscar.lam@aptumlaw.us> wrote:
>
> Dear Wayfair officers,
>
> Please see the attached copy of the Temporary restraining order.
>
> Our office kindly requests that Defendant (#4) listed in Schedule A attached to the TRO have their accounts frozen **IMMEDIATELY**, remove any infringing product link, disclose all defendants' contact information, sales volume of the infringing product, and the amount of funds frozen in their respective accounts.
>
> This is both an **account freeze** and an **infringing product link takedown** per the TRO.
>
> Feel free to disclose our contact information to the Sellers identified in the TRO.
>
> Please kindly provide us with **Defendant sellers' email/contact information**, and a list of the **frozen balance** in each of the defendant sellers' amazon accounts, and sales records of each of defendant sellers' infringing products in a spreadsheet.
>
> SKU numbers may be identified in the last page of the attached PDF.
>
> Thank you,
>
> Oscar Lam
> Clerk for Attorney Zheng "Andy" Liu | CA Process Server | ***Aptum Law***
> 626.550.7922 | 1660 S. Amphlett Blvd. Ste. 315, San Mateo, California

**26-1788 SEALED ORDER.pdf**