IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUN ZHU,<br>Plaintiff,<br>v.<br>SCHEDULE A DEFENDANTS,<br>Defendants. | Civil Case No.: 2:26-cv-01788-WSS |

**DECLARATION OF YUN ZHU IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AS TO DEFENDANT NO. 2 W2120 YR FURNITURE**

I, Yun Zhu, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2. I am the inventor and owner of U.S. patent registration number US D1,081,175 (hereinafter the "'175 Patent") and '175 Patent-derived products, which makes and sells a range of Sofa products under the '175 Patent. Attached to the Complaint as Exhibit A is a true and correct copy of '175 Patent registration. I have personal knowledge regarding the '175 Patent

CS 扫描全能王

intellectual property and sales. I make this declaration from my personal knowledge unless otherwise stated.

3. I submit this supplemental declaration in support of Plaintiff's Reply in support of the Motion for Preliminary Injunction and Asset Restraint (Dkt. 25) as to Defendant No. 2 W2120 YR Furniture ("Defendant YR Furniture"), and in response to Defendant YR Furniture's Opposition (Dkt. 31) (the "Opposition").

4. Schedule A identifies twenty product SKUs offered for sale by Defendant YR Furniture through the GigaCloud Technology marketplace (gigab2b.com): W2120S00022, W2120S00023, W2120S00024, W2120S00025, W2120S00034, W2120S00035, W2120S00036, W2120S00037, W2120S00038, W2120S00039, W2120S00040, W2120S00041, W2120S00046, W2120S00047, W2120S00048, W2120S00049, W2120S00050, W2120S00051, W2120S00052, and W2120S00053. [Dkt. 1-9]

5. I have reviewed the Opposition. The image of Defendant YR Furniture's product reproduced in the Opposition (Dkt. 31 at 5–8), which was the image included for Defendant YR Furniture in Exhibit C to the Complaint, depicts the configuration sold under SKU W2120S00022: a sofa with two back modules and one ottoman, with an assembled length of 88 inches. That image

CS 扫描全能王

was inadvertently used as the representative image for Defendant YR Furniture. It does not depict the configurations sold under the other SKUs listed for Defendant YR Furniture in Schedule A.

6. Plaintiff no longer accuses, and does not seek a preliminary injunction as to, SKUs W2120S00022, W2120S00023, W2120S00024, W2120S00025, W2120S00034, and W2120S00035 (the "Withdrawn SKUs").

7. The remaining fourteen SKUs listed for Defendant YR Furniture in Schedule A, W2120S00036, W2120S00037, W2120S00038, W2120S00039, W2120S00040, W2120S00041, W2120S00046, W2120S00047, W2120S00048, W2120S00049, W2120S00050, W2120S00051, W2120S00052, and W2120S00053 (the "Accused SKUs"), remain accused of infringing the '175 Patent. Attached as **Exhibit A** are true and correct copies of screenshots of Defendant YR Furniture's gigab2b.com listing page for each Accused SKU, captured on May 26, 2026.

CS 扫描全能王

8. I have compared each Accused SKU with the claimed design of the '175 Patent. The overall visual impression of the claimed design comes from the following features, each of which appears in every Accused SKU:

| *Feature of the claimed design* | *'175 Patent* | *Accused SKUs (Ex. A)* |
|---|---|---|
| Modular sectional built from separate, self-contained seat modules placed side by side | Three seat modules (FIGS. 1, 3, 7) | Three seat modules (W2120S00036–41) or four identical seat modules (W2120S00046–53) |
| Tall, overstuffed back cushions with soft, rounded edges and corners, with a visible valley between adjacent modules | FIGS. 1, 3, 11, 12 | Same: puffy, rounded back cushion on each module with a visible valley between modules |
| Thick, rounded "cloud" seat cushion stacked on a second rounded, padded lower section, giving a two-tier stacked profile | FIGS. 1, 3, 5, 6 | Same: thick, rounded seat cushion resting on a padded lower section, giving a two-tier stacked profile |
| Elongated, rounded bolster armrests resting on top of the seat at each end, in place of conventional raised arms | FIGS. 1, 3, 7 | Same: rounded bolster armrests at each end (listing titles: "Round Armrests") |
| Free-standing ottoman of the same stacked-cushion construction placed in front of a seat module to form an L-shape | One ottoman (FIGS. 1, 7, 8) | One movable ottoman (L-shape) or two movable ottomans (U-shape) |
| Tufted depressions across the faces of the back and seat cushions | FIGS. 1, 3, 7 | Tufted surface across the back and seat cushions |

CS 扫描全能王

9. The throw pillows and the feet shown in the '175 Patent figures are drawn in broken lines. As the '175 Patent states, "[t]he dashed broken lines in the figures are for the purposes of illustrating portions of the sofa and form no part of the claimed design." (Compl. Ex. A.)

10. Below is a side-by-side comparison of the claimed design of the '175 Patent (FIG. 1) with each of the fourteen Accused SKUs, as shown on Defendant YR Furniture's own listing pages (Ex. A). The Withdrawn SKUs are not included.

| *Plaintiff's Patented Design ('175 Patent, FIG. 1)* | *Defendant YR Furniture's Accused Product (Ex. A)* |
| --- | --- |
|  **FIG. 1** |  **1. W2120S00036**<br>Pink; Three back modules + one ottoman (L-shape); 123.00 in.; $518.00 |
|  **FIG. 1** |  **2. W2120S00037**<br>Beige; Three back modules + one ottoman (L-shape); 123.00 in.; $518.00 |

CS 扫描全能王

| *Plaintiff's Patented Design ('175 Patent, FIG. 1)* | *Defendant YR Furniture's Accused Product (Ex. A)* |
|---|---|
|  FIG. 1 |  **3. W2120S00038** Light Brown; Three back modules + two ottomans (U-shape); 123.00 in.; $604.00 |
|  FIG. 1 |  **4. W2120S00039** Green; Three back modules + two ottomans (U-shape); 123.00 in.; $604.00 |
|  FIG. 1 |  **5. W2120S00040** Pink; Three back modules + two ottomans (U-shape); 123.00 in.; $604.00 |

CS 扫描全能王

| *Plaintiff's Patented Design ('175 Patent, FIG. 1)* | *Defendant YR Furniture's Accused Product (Ex. A)* |
|---|---|
|  **FIG. 1** |  **6. W2120S00041** Beige; Three back modules + two ottomans (U-shape); 123.00 in.; $604.00 |
|  **FIG. 1** |  **7. W2120S00046** Light Brown; Four back modules + one ottoman (L-shape); 158.00 in.; $650.00 |
|  **FIG. 1** |  **8. W2120S00047** Green; Four back modules + one ottoman (L-shape); 158.00 in.; $650.00 |

CS 扫描全能王

| *Plaintiff's Patented Design ('175 Patent, FIG. 1)* | *Defendant YR Furniture's Accused Product (Ex. A)* |
| --- | --- |
|  **FIG. 1** |  **9. W2120S00048** Pink; Four back modules + one ottoman (L-shape); 158.00 in.; $650.00 |
|  **FIG. 1** |  **10. W2120S00049** Beige; Four back modules + one ottoman (L-shape); 158.00 in.; $650.00 |
|  **FIG. 1** |  **11. W2120S00050** Light Brown; Four back modules + two ottomans (U-shape); 158.00 in.; $736.00 |

CS 扫描全能王

| *Plaintiff's Patented Design ('175 Patent, FIG. 1)* | *Defendant YR Furniture's Accused Product (Ex. A)* |
|---|---|
| <br>**FIG. 1** | <br>**12. W2120S00051**<br>Green; Four back modules + two ottomans (U-shape);<br>158.00 in.; $736.00 |
| <br>**FIG. 1** | <br>**13. W2120S00052**<br>Pink; Four back modules + two ottomans (U-shape);<br>158.00 in.; $736.00 |
| <br>**FIG. 1** | <br>**14. W2120S00053**<br>Beige; Four back modules + two ottomans (U-shape);<br>158.00 in.; $736.00 |

CS 扫描全能王

11. Viewed as a whole, each Accused SKU presents the same overall appearance as the claimed design: side-by-side modules with tall, rounded back cushions, stacked cloud seat cushions, bolster armrests, and a matching stacked ottoman. In my opinion, an ordinary purchaser giving the attention a purchaser of a sofa usually gives would view each Accused SKU as substantially the same as the claimed design. I have reviewed the products listings and am of the opinion that each of the Accused SKUs infringe the Patent-in-Suit.

12. Monetary damages cannot adequately compensate me for ongoing infringement because monetary damages fail to address the damage to my control over my rights in my Brand, my reputation, associated goodwill, and ability to exploit the protected invention. Furthermore, monetary damages are difficult, if not impossible, to ascertain due to the inability to calculate measurable damage in dollars and cents caused to my control over my rights in the protected invention, my reputation, associated goodwill, market share, and ability to exploit the protected invention by acts of infringement.

13. I am further irreparably harmed by the unauthorized making, using, offering for sale, selling, or importing of goods that infringe the protected invention because infringers take away our ability to control the nature and quality of the Infringing Products. Loss of quality control over goods made, used,

CS 扫描全能王

offered for sale, sold, or imported featuring the protected invention and, in turn, loss of control over my product's reputation is neither calculable nor precisely compensable.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: October 26, 2026

Respectfully submitted,

Yun Zhu

Yun Zhu

CS 扫描全能王