# EXHIBIT A





Resource Package | Downloads: 7

# Modular Sectional Sofa,Cloud Couch, L Shaped Couch with Movable Ottoman, Modern Deep Seat Couches for Living Room, Oversized 3-Seater Sofa Comfy advanced flannelette Sofas for Bedroom,5 Pillows

Item Code: W2120S00036 C
First Arrival Date: **2026-04-08**
Return Rate: **N/A**

Price(Unit) **$518.00** Bid

Purchase Quantity 1 Unit **26** Available Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping**
Estimated Fulfillment Fee: $139.18 /Unit

**Cloud Wholesale Fulfillment**
Estimated Fulfillment Fee: $54.67~$94.92 /Unit
*(Min.volume/address: 100ft³)*

Storage fee $0.17 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

**Product Information**

| | | |
|---|---|---|
| Item Code: W2120S00036 | UPC: W2120S00035 | Product Type : Combo Item |
| Product Name: Modular Sectional Sofa,Cloud Couch,… | Place of Origin: China | Main Color: Pink |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 4 Seat | | |

**Product Dimensions**

| | | |
|---|---|---|
| Assembled Length (in.): 123.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445354 | Package Quantity: 1 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445352 | Package Quantity: 1 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445344 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445342 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped se
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products



5% OFF

(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR

**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C

Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



13% OFF

(index.php?route=product/product&product_id=1221225)

Item Code: W3118S00023 C

**$420.00-$455.00** /Unit

W3118 HQ Choice



1% OFF

(index.php?route=produ

Item Cod

**$550.0**

N719 C

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C

**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017

**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR

**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod

**$170.0**

K

n

,

g

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.cor Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ Help Center (index.php?route=information/help_center/index) Buyer Central (index.php?route=account/buyer_central) Message Center(99+) (index.php?route=account/message_center/seller) Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home) Products Prim Search Advanced Filter

Popular searches: Sports side chair

Home (index.php?route=common/home) Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/r

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) Modular Sectional Sofa,Cloud Couch, L Shaped Couch with M…





Resource Package | Downloads: **12**

## Modular Sectional Sofa,Cloud Couch, L Shaped Couch with Movable Ottoman, Modern Deep Seat Couches for Living Room, Oversized 3-Seater Sofa Comfy advanced flannelette Sofas for Bedroom,5 Pillows

Item Code: W2120S00037 First Arrival Date: **2026-04-08** Return Rate: **N/A**

Price(Unit) **$518.00** Bid

Purchase Quantity 1 Unit **26** Available Surplus Stock Level: **Medium**

Fulfillment Options
- **Drop Shipping** Estimated Fulfillment Fee: $139.18 /Unit
- **Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $54.67~$94.92 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.17 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

**YR Furn**
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

### Product Information

| | | |
|---|---|---|
| Item Code: W2120S00037 | UPC: W2120S00037 | Product Type : Combo Item |
| Product Name: Modular Sectional Sofa,Cloud Couch,… | Place of Origin: China | Main Color: Beige |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 4 Seat | | |

### Product Dimensions

| | | |
|---|---|---|
| Assembled Length (in.): 123.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

### Package Size

| | | |
|---|---|---|
| Sub-item 1: W2120P445338 | Package Quantity: 1 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445305 | Package Quantity: 1 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445298 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445297 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products



5% OFF
(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR
**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF
(index.php?route=product/product&product_id=1348047)

Item Code: W2530P458025
**$323.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C
Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



15% OFF
(index.php?route=produ

Item Cod
**$550.0**

N719 C

## You May Also Like



14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF
(index.php?route=produ

Item Cod
**$170.0**

N567 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.co Cloud-Logistics-103600301271242)

n

,

g

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ | Help Center (index.php?route=information/help_center/index) | Buyer Central (index.php?route=account/buyer_central) | Message Center(99+) (index.php?route=account/message_center/seller) | Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home)

Products Farn Search Advanced Filter

Popular searches: farmhouse

Home (index.php?route=common/home) Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/n

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) / U Shaped Couch Modular Sectional Sofa, Modern Deep Seat …





Resource Package | Downloads: **10**

## U Shaped Couch Modular Sectional Sofa, Modern Deep Seat Cloud Couch, 3-Seater Modular Couches for Living Room, Comfy advanced flannelette Sofa Bed with Round Armrests 5 Pillows,Sofas for Bedroom

Item Code: W2120S00038 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$604.00** Bid

Purchase Quantity 1 Unit **19** Available Surplus Stock Level: **Medium**

Fulfillment Options
- **Drop Shipping** Estimated Fulfillment Fee: $161.12 /Unit
- **Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $63.25~$111.64 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.20 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

**Product Information**

| | | |
|---|---|---|
| Item Code: W2120S00038 | UPC: W2120S00038 | Product Type : Combo Item |
| Product Name: U Shaped Couch Modular Sectional S… | Place of Origin: China | Main Color: Light Brown |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 5 Seat | | |

**Product Dimensions**

| | | |
|---|---|---|
| Assembled Length (in.): 123.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445376 | Package Quantity: 2 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445375 | Package Quantity: 1 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445374 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445373 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products



5% OFF
(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR
**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF
(index.php?route=product/product&product_id=1348047)

Item Code: W2530P458025
**$323.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C
Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



15% OFF
(index.php?route=produ

Item Cod
**$550.0**

N719 C

## You May Also Like



14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF
(index.php?route=produ

Item Cod
**$170.0**

N567 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.com/…Cloud-Logistics-103600301271242)

n

,

g

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id





Resource Package | Downloads: **10**

## U Shaped Couch Modular Sectional Sofa, Modern Deep Seat Cloud Couch, 3-Seater Modular Couches for Living Room, Comfy advanced flannelette Sofa Bed with Round Armrests 5 Pillows,Sofas for Bedroom

Item Code: W2120S00039 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$604.00** Bid

Purchase Quantity 1 Unit **19 Available** Surplus Stock Level: **Medium**

Fulfillment Options

- **Drop Shipping** Estimated Fulfillment Fee: $161.12 /Unit
- **Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $63.25~$111.64 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.20 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

**YR Furn**
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** | After-sales Policy (Custom) | Protection Service Rates

## Specification

### Product Information

Item Code: W2120S00039
UPC: W2120S00039
Product Type : Combo Item
Product Name: U Shaped Couch Modular Sectional S…
Place of Origin: China
Main Color: Green
Main Material: Wood
Filler: Foam
Frame Material: Wood
Seats: 5 Seat

### Product Dimensions

Assembled Length (in.): 123.00
Assembled Width (in.): 57.00
Assembled Height (in.): 35.00
Product Weight (lbs.): Not Applicable

### Package Size

| | | |
|---|---|---|
| Sub-item 1: W2120P445367 | Package Quantity: 2 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445365 | Package Quantity: 1 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445364 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445362 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products



5% OFF
(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR
**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF
(index.php?route=product/product&product_id=1348047)

Item Code: W2530P458025
**$323.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C
Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



15% OFF
(index.php?route=produ

Item Cod
**$550.0**

N719 C

## You May Also Like



14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF
(index.php?route=produ

Item Cod
**$170.0**

N567 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

n

,

g

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.co Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ Help Center (index.php?route=information/help_center/index) Buyer Central (index.php?route=account/buyer_central) Message Center(99+) (index.php?route=account/message_center/seller) Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home) Products Retr Search Advanced Filter

Popular searches: Bathroom Hardware

Home (index.php?route=common/home) Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/r

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) / U Shaped Couch Modular Sectional Sofa, Modern Deep Seat …





Resource Package | Downloads: 8

## U Shaped Couch Modular Sectional Sofa, Modern Deep Seat Cloud Couch, 3-Seater Modular Couches for Living Room, Comfy advanced flannelette Sofa Bed with Round Armrests 5 Pillows,Sofas for Bedroom

Item Code: W2120S00040 First Arrival Date: **2026-04-08** Return Rate: **N/A**

Price(Unit) **$604.00** Bid

Purchase Quantity 1 Unit **19** Available Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping** Estimated Fulfillment Fee: $161.12 /Unit

**Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $63.25~$111.64 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.20 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

**Product Information**

| | | |
|---|---|---|
| Item Code: W2120S00040 | UPC: W2120S00040 | Product Type : Combo Item |
| Product Name: U Shaped Couch Modular Sectional S… | Place of Origin: China | Main Color: Pink |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 5 Seat | | |

**Product Dimensions**

| | | |
|---|---|---|
| Assembled Length (in.): 123.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445354 | Package Quantity: 2 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445352 | Package Quantity: 1 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445344 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445342 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products



5% OFF

(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR

**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C

**Exclusive** **$369.36-$387.60** /Unit

W714 UI Furniture



13% OFF

(index.php?route=product/product&product_id=1221225)

Item Code: W3118S00023 C

**$420.00-$455.00** /Unit

W3118 HQ Choice



1% OFF

(index.php?route=produ

Item Cod

**$550.0**

N719 C

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C

**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017

**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR

**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod

**$170.0**

N507 K

n

,

g

### About Us

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

### Support

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

### Follow us on social media

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.cor Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id





Resource Package | Downloads: **11**

## U Shaped Couch Modular Sectional Sofa, Modern Deep Seat Cloud Couch, 3-Seater Modular Couches for Living Room, Comfy advanced flannelette Sofa Bed with Round Armrests 5 Pillows,Sofas for Bedroom

Item Code: W2120S00041 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$604.00** Bid

Purchase Quantity 1 Unit **19** Available Surplus Stock Level: **Medium**

Fulfillment Options

- **Drop Shipping** Estimated Fulfillment Fee: $161.12 /Unit
- **Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $63.25~$111.64 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.20 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

Product Info | After-sales Policy (Custom) | Protection Service Rates

## Specification

### Product Information

| | | |
|---|---|---|
| Item Code: W2120S00041 | UPC: W2120S00041 | Product Type : Combo Item |
| Product Name: U Shaped Couch Modular Sectional S… | Place of Origin: China | Main Color: Beige |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 5 Seat | | |

### Product Dimensions

| | | |
|---|---|---|
| Assembled Length (in.): 123.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

### Package Size

| | | |
|---|---|---|
| Sub-item 1: W2120P445338 | Package Quantity: 2 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445305 | Package Quantity: 1 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445298 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445297 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products



(index.php?route=product/product&product_id=9522)

Item Code: W20601011 WL RR

**$65.00-$72.00** /Unit

W206 JTL



(index.php?route=product/product&product_id=16174)

Item Code: W22702956

**$65.00** /Unit

W227 QDXFL



9% OFF

(index.php?route=product/product&product_id=357823)

Item Code: W80835863 RR

**$27.50-$30.03** /Unit

W808 MOONRIVER



(index.php?route=produ

Item Cod

**$65.00**

W206 J

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C

**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017

**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR

**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod

**$170.0**

N5?7 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

n GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.com/Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id





Resource Package | Downloads: **11**

# Modular Sectional Sofa Cloud Couch, Modern Sectional Couches for Living Room, Deep Seat Modular Couch with Round Armrests 6 Pillows, 4-Seat Comfy advanced flannelette Sofa for Bedroom

Item Code: W2120S00042 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$564.00** Bid

Purchase Quantity 1 Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options

- **Drop Shipping** Estimated Fulfillment Fee: $155.44 /Unit
- **Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $59.71~$110.75 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.18 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

**YR Furn**
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** | After-sales Policy (Custom) | Protection Service Rates

## Specification

### Product Information

| | | |
|---|---|---|
| Item Code: W2120S00042 | UPC: W2120S00042 | Product Type : Combo Item |
| Product Name: Modular Sectional Sofa Cloud Couch,… | Place of Origin: China | Main Color: Light Brown |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 4 Seat | | |

### Product Dimensions

| | | |
|---|---|---|
| Assembled Length (in.): 158.00 | Assembled Width (in.): 35.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

### Package Size

| | | |
|---|---|---|
| Sub-item 1: W2120P445375 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 2: W2120P445374 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 3: W2120P445373 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped se
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products



5% OFF

(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR

**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C

Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



13% OFF

(index.php?route=product/product&product_id=1221225)

Item Code: W3118S00023 C

**$420.00-$455.00** /Unit

W3118 HQ Choice



1% OFF

(index.php?route=produ

Item Cod

**$550.0**

N719 C

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C

**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017

**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR

**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod

**$170.0**

N567 K

n

,

g

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.co Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ | Help Center (index.php?route=information/help_center/index) | Buyer Central (index.php?route=account/buyer_central) | Message Center(99+) (index.php?route=account/message_center/seller) | Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home)

Products | Meta | Search | Advanced Filter

Popular searches: Rustic Coffee Table

Home (index.php?route=common/home) | Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/r

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) Modular Sectional Sofa Cloud Couch, Modern Sectional Couc…





Resource Package | Downloads: 9

# Modular Sectional Sofa Cloud Couch, Modern Sectional Couches for Living Room, Deep Seat Modular Couch with Round Armrests 6 Pillows, 4-Seat Comfy advanced flannelette Sofa for Bedroom

Item Code: W2120S00043 C | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$564.00** Bid

Purchase Quantity − 1 + Unit | **13** Available | Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping**
Estimated Fulfillment Fee: $155.44 /Unit

**Cloud Wholesale Fulfillment**
Estimated Fulfillment Fee: $59.71~$110.75 /Unit
*(Min.volume/address: 100ft³)*

Storage fee $0.18 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

Product Info | After-sales Policy (Custom) | Protection Service Rates

## Specification

### Product Information

Item Code: W2120S00043 | UPC: W2120S00043 | Product Type : Combo Item
Product Name: Modular Sectional Sofa Cloud Couch,… | Place of Origin: China | Main Color: Green
Main Material: Wood | Filler: Foam | Frame Material: Wood
Seats: 4 Seat

### Product Dimensions

Assembled Length (in.): 158.00 | Assembled Width (in.): 35.00 | Assembled Height (in.): 35.00
Product Weight (lbs.): Not Applicable

### Package Size

| | | |
|---|---|---|
| Sub-item 1: W2120P445365 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 2: W2120P445364 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 3: W2120P445362 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products



5% OFF

(index.php?route=product/product&product_id=1026923)

Item Code: N719S000970C C RR

**$400.00-$500.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF

(index.php?route=product/product&product_id=1359833)

Item Code: W2530P463107

**$242.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C

Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



15% OFF

(index.php?route=produ

Item Cod

**$550.0**

N719 C

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C

**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017

**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR

**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod

**$170.0**

N507 K

n

,

g

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.coı Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ Help Center (index.php?route=information/help_center/index) Buyer Central (index.php?route=account/buyer_central) Message Center(99+) (index.php?route=account/message_center/seller) Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home) Products Mod Search Advanced Filter

Popular searches: dining chair Furniture

Home (index.php?route=common/home) Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/r

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) Modular Sectional Sofa Cloud Couch, Modern Sectional Couc…





Resource Package | Downloads: 7

**Modular Sectional Sofa Cloud Couch, Modern Sectional Couches for Living Room, Deep Seat Modular Couch with Round Armrests 6 Pillows, 4-Seat Comfy advanced flannelette Sofa for Bedroom**

Item Code: W2120S00044 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$564.00** Bid

Purchase Quantity 1 Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options
- **Drop Shipping** Estimated Fulfillment Fee: $155.44 /Unit
- **Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $59.71~$110.75 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.18 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

**Product Information**

| | | |
|---|---|---|
| Item Code: W2120S00044 | UPC: W2120S00044 | Product Type : Combo Item |
| Product Name: Modular Sectional Sofa Cloud Couch,… | Place of Origin: China | Main Color: Pink |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 4 Seat | | |

**Product Dimensions**

| | | |
|---|---|---|
| Assembled Length (in.): 158.00 | Assembled Width (in.): 35.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445352 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 2: W2120P445344 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 3: W2120P445342 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products



(index.php?route=product/product&product_id=27523)

Item Code: W20608920 WL RR

**$65.00-$72.00** /Unit

W206 JTL



(index.php?route=product/product&product_id=383415)

Item Code: W114340528 RR

**$102.00-$118.00** /Unit

W1143 A&A Furniture



(index.php?route=product/product&product_id=405230)

Item Code: W48746798

**$63.00-$69.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=produ

Item Cod

**$70.00-**

W206 J

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C

**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017

**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR

**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod

**$170.0**

N567 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.cor Cloud-Logistics-103600301271242)

n

,

g

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id





Resource Package | Downloads: 9

## Modular Sectional Sofa Cloud Couch, Modern Sectional Couches for Living Room, Deep Seat Modular Couch with Round Armrests 6 Pillows, 4-Seat Comfy advanced flannelette Sofa for Bedroom

Item Code: W2120S00045 First Arrival Date: **2026-04-08** Return Rate: **N/A**

Price(Unit) **$564.00** Bid

Purchase Quantity 1 Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping**
Estimated Fulfillment Fee: $155.44 /Unit

**Cloud Wholesale Fulfillment**
Estimated Fulfillment Fee: $59.71~$110.75 /Unit
*(Min.volume/address: 100ft³)*

Storage fee $0.18 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

**"Cloud Wholesale Fulfillment (CWF)" should be selected when the Buyer wishes to ship the product in bulk. The Fulfillment Fee is paid at the time of product purchase.**

Orders placed with this option will be processed for shipping immediately.

Fulfillment Fee: **$59.71~$110.75** /Unit
**Min.volume/address: 100ft³*
**Min.volume/SKU: 20ft³*
231.04 lbs
26ft³

*The Fulfillment Fee includes the Shipping and Packing Fee.*
Base Shipping Fee: **$47.71~$98.75**
Packing Fee: **$12.00**

*CWF shipping fee is quoted by order. The fee provided above is for reference only. The actual CWF shipping fee will fluctuate due to factors such as order quantity.*
Learn more > (https://www.gigab2b.com/index.php?route=information/help_center/details&id=373)

Orders will be shipped from our warehouses within 3-5 business days after the order has been placed.

Estimated delivery timeframes for CWF may not be available in advance. Please see actual tracking for ETA.

1 Piece
Total Item Cost
Estimated Total *(Fulfill*
Drop Shipping Handli
**1-3** business days
CWF Handling Time
**3-5** business days
Buy Now
Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate
Messa

Product Info After-sales Policy (Custom) Protection Service Rates

## Specification

**Product Information**

| | | |
|---|---|---|
| Item Code: W2120S00045 | UPC: W2120S00045 | Product Type: Combo Item |
| Product Name: Modular Sectional Sofa Cloud Couch,… | Place of Origin: China | Main Color: Beige |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 4 Seat | | |

**Product Dimensions**

| | | |
|---|---|---|
| Assembled Length (in.): 158.00 | Assembled Width (in.): 35.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445305 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 2: W2120P445298 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 3: W2120P445297 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

## Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products


5% OFF
(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR
**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)


(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C
**Exclusive** **$369.36-$387.60** /Unit

W714 UI Furniture


13% OFF
(index.php?route=product/product&product_id=1221225)

Item Code: W3118S00023 C
**$420.00-$455.00** /Unit

W3118 HQ Choice


1% OFF
(index.php?route=produ

Item Cod
**$550.0**

N719 C

## You May Also Like


14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture


(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home


(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home


26% OFF
(index.php?route=produ

Item Cod
**$170.0**

N707 K

n

,

ȝ

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.co… Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ | Help Center (index.php?route=information/help_center/index) | Buyer Central (index.php?route=account/buyer_central) | Message Center(99+) (index.php?route=account/message_center/seller) | Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home)

Products | Bath | Search | Advanced Filter

Popular searches: Bathroom Storage

**Home (index.php?route=common/home)** Prime Day Picks **(https://www.gigab2b.com/index.php?route=marketing_campaign/n**

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) Modular Sectional Sofa Cloud Couch, L Shaped Sectional Co…





Resource Package | Downloads: **6**

## Modular Sectional Sofa Cloud Couch, L Shaped Sectional Couches for Living Room, Deep Seat Modular Couch with Round Armrests 6 Pillows, 4-Seater Modern Comfy advanced flannelette Sofa for Bedroom

Item Code: W2120S00046 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$650.00** Bid

Purchase Quantity 1 Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options

- **Drop Shipping** Estimated Fulfillment Fee: $177.38 /Unit
- **Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $68.33~$118.67 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.21 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

**YR Furn**
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

**Product Information**

Item Code: W2120S00046
UPC: W2120S00046
Product Type : Combo Item
Product Name: Modular Sectional Sofa Cloud Couch,…
Place of Origin: China
Main Color: Light Brown
Main Material: Wood
Filler: Foam
Frame Material: Wood
Seats: 5 Seat

**Product Dimensions**

Assembled Length (in.): 158.00
Assembled Width (in.): 57.00
Assembled Height (in.): 35.00
Product Weight (lbs.): Not Applicable

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445376 | Package Quantity: 1 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445375 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445374 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445373 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products



5% OFF
(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR
**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF
(index.php?route=product/product&product_id=1348047)

Item Code: W2530P458025
**$323.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C
Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



15% OFF
(index.php?route=produ

Item Cod
**$550.0**

N719 C

## You May Also Like



14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF
(index.php?route=produ

Item Cod
**$170.0**

N?7 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

n

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

g

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.coı Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ | Help Center (index.php?route=information/help_center/index) | Buyer Central (index.php?route=account/buyer_central) | Message Center(99+) (index.php?route=account/message_center/seller) | Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home)

Products | Bath | Search | Advanced Filter

Popular searches: Vanity with Undermount Si

Home (index.php?route=common/home) | Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/n

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) / Modular Sectional Sofa Cloud Couch, L Shaped Sectional Co…





Resource Package | Downloads: 6

## Modular Sectional Sofa Cloud Couch, L Shaped Sectional Couches for Living Room, Deep Seat Modular Couch with Round Armrests 6 Pillows, 4-Seater Modern Comfy advanced flannelette Sofa for Bedroom

Item Code: W2120S00047 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$650.00** Bid

Purchase Quantity − 1 + Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping**
Estimated Fulfillment Fee: $177.38 /Unit

**Cloud Wholesale Fulfillment**
Estimated Fulfillment Fee: $68.33~$118.67 /Unit
*(Min.volume/address: 100ft³)*

Storage fee $0.21 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

**"Cloud Wholesale Fulfillment (CWF)" should be selected when the Buyer wishes to ship the product in bulk. The Fulfillment Fee is paid at the time of product purchase.**

Orders placed with this option will be processed for shipping immediately.

Fulfillment Fee: **$68.33~$118.67** /Unit
**Min.volume/address: 100ft³*
**Min.volume/SKU: 20ft³*
263.45 lbs
30ft³

*The Fulfillment Fee includes the Shipping and Packing Fee.*
Base Shipping Fee: **$54.48~$104.82**
Packing Fee: **$13.85**

*CWF shipping fee is quoted by order. The fee provided above is for reference only. The actual CWF shipping fee will fluctuate due to factors such as order quantity.*
Learn more > (https://www.gigab2b.com/index.php?route=information/help_center/details&id=373)

Orders will be shipped from our warehouses within 3-5 business days after the order has been placed.

Estimated delivery timeframes for CWF may not be available in advance. Please see actual tracking for ETA.

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** | After-sales Policy (Custom) | Protection Service Rates

## Specification

**Product Information**

Item Code: W2120S00047 | UPC: W2120S00047 | Product Type: Combo Item

Product Name: Modular Sectional Sofa Cloud Couch,… | Place of Origin: China | Main Color: Green

Main Material: Wood | Filler: Foam | Frame Material: Wood

Seats: 5 Seat

**Product Dimensions**

Assembled Length (in.): 158.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00

Product Weight (lbs.): Not Applicable

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445367 | Package Quantity: 1 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445365 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445364 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445362 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

## Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products



5% OFF

(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR

**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C

**Exclusive** **$369.36-$387.60** /Unit

W714 UI Furniture



13% OFF

(index.php?route=product/product&product_id=1221225)

Item Code: W3118S00023 C

**$420.00-$455.00** /Unit

W3118 HQ Choice



1% OFF

(index.php?route=produ

Item Cod

**$550.0**

N719 C

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C

**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017

**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR

**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod

**$170.0**

N567 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.co… Cloud-Logistics-103600301271242)

n

,

g

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id





Resource Package | Downloads: 6

## Modular Sectional Sofa Cloud Couch, L Shaped Sectional Couches for Living Room, Deep Seat Modular Couch with Round Armrests 6 Pillows, 4-Seater Modern Comfy advanced flannelette Sofa for Bedroom

Item Code: W2120S00048 C

First Arrival Date: **2026-04-08**

Return Rate: **N/A**

Price(Unit) **$650.00** Bid

Purchase Quantity − 1 + Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping** Estimated Fulfillment Fee: $177.38 /Unit

**Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $68.33~$118.67 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.21 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli **1-3** business days

CWF Handling Time **3-5** business days

Buy Now

Add to (

YR Furn W2120 GIGA Ind (index.php?route=customerpartn Return Rate: Low Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

**Product Information**

| | | |
|---|---|---|
| Item Code: W2120S00048 | UPC: W2120S00048 | Product Type : Combo Item |
| Product Name: Modular Sectional Sofa Cloud Couch,… | Place of Origin: China | Main Color: Pink |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 5 Seat | | |

**Product Dimensions**

| | | |
|---|---|---|
| Assembled Length (in.): 158.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445354 | Package Quantity: 1 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445352 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445344 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445342 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped se
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products



5% OFF
(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR
**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF
(index.php?route=product/product&product_id=1348047)

Item Code: W2530P458025
**$323.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C
Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



15% OFF
(index.php?route=produ

Item Cod
**$550.0**

N719 C

## You May Also Like



14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF
(index.php?route=produ

Item Cod
**$170.0**

N??7 K

n

,

g

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.com/Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ Help Center (index.php?route=information/help_center/index) Buyer Central (index.php?route=account/buyer_central) Message Center(99+) (index.php?route=account/message_center/seller) Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home) Products chair Search Advanced Filter

Home (index.php?route=common/home) Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/n

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) / Modular Sectional Sofa Cloud Couch, L Shaped Sectional Co…





Resource Package | Downloads: **6**

## Modular Sectional Sofa Cloud Couch, L Shaped Sectional Couches for Living Room, Deep Seat Modular Couch with Round Armrests 6 Pillows, 4-Seater Modern Comfy advanced flannelette Sofa for Bedroom

Item Code: W2120S00049 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$650.00** Bid

Purchase Quantity 1 Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping** Estimated Fulfillment Fee: $177.38 /Unit

**Cloud Wholesale Fulfillment** Estimated Fulfillment Fee: $68.33~$118.67 /Unit *(Min.volume/address: 100ft³)*

Storage fee $0.21 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli **1-3** business days

CWF Handling Time **3-5** business days

Buy Now

Add to



YR Furn
W2120
GIGA Ind
(index.php? route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

### Product Information

| | | |
|---|---|---|
| Item Code: W2120S00049 | UPC: W2120S00049 | Product Type : Combo Item |
| Product Name: Modular Sectional Sofa Cloud Couch,… | Place of Origin: China | Main Color: Beige |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 5 Seat | | |

### Product Dimensions

| | | |
|---|---|---|
| Assembled Length (in.): 158.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

### Package Size

| | | |
|---|---|---|
| Sub-item 1: W2120P445338 | Package Quantity: 1 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445305 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445298 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445297 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

**Product Features**

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products



5% OFF

(index.php?route=product/product&product_id=1122885)

Item Code: N719S002120E C WL RR

**$475.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF

(index.php?route=product/product&product_id=1348047)

Item Code: W2530P458025

**$323.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1146543)

Item Code: W714S01369 C

Exclusive **$369.36-$387.60** /Unit

W714 UI Furniture



15% OFF

(index.php?route=produ

Item Cod

**$550.0**

N719 C

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C

**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017

**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR

**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod

**$170.0**

K

n

,

g

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.com/Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ | Help Center (index.php?route=information/help_center/index) | Buyer Central (index.php?route=account/buyer_central) | Message Center(99+) (index.php?route=account/message_center/seller) | Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home)

Products | uphc | Search | Advanced Filter

Popular searches: BLUE

Home (index.php?route=common/home) | Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/n

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) / U Shaped Couch Modular Sectional Sofa, Modern Deep Seat …





Resource Package | Downloads: 7

## U Shaped Couch Modular Sectional Sofa, Modern Deep Seat Cloud Couch, Oversized Modular Couches for Living Room, Comfy advanced flannelette Sofa Bed with Round Armrests 6 Pillows,Sofas for Bedroom

Item Code: W2120S00050 C | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$736.00** Bid

Purchase Quantity − 1 + Unit | **13** Available | Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping**
Estimated Fulfillment Fee: $199.32 /Unit

**Cloud Wholesale Fulfillment**
Estimated Fulfillment Fee: $76.91~$147.37 /Unit
*(Min.volume/address: 100ft³)*

Storage fee $0.24 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** | After-sales Policy (Custom) | Protection Service Rates

## Specification

**Product Information**

| | | |
|---|---|---|
| Item Code: W2120S00050 | UPC: W2120S00050 | Product Type : Combo Item |
| Product Name: U Shaped Couch Modular Sectional S… | Place of Origin: China | Main Color: Light Brown |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 6 Seat | | |

**Product Dimensions**

| | | |
|---|---|---|
| Assembled Length (in.): 158.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445376 | Package Quantity: 2 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445375 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445374 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445373 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring every spent on it is comfortable and supported

## Similar Products


(index.php?route=product/product&product_id=27523)

Item Code: W20608920 WL RR
**$65.00-$72.00** /Unit
W206 JTL


(index.php?route=product/product&product_id=383415)

Item Code: W114340528 RR
**$102.00-$118.00** /Unit
W1143 A&A Furniture


(index.php?route=product/product&product_id=405230)

Item Code: W48746798
**$63.00-$69.00** /Unit
W487 ChuangYuan Smart Home


(index.php?route=produ

Item Cod
**$70.00**
W206 J

## You May Also Like


14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit
W2120 YR Furniture


(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit
W487 ChuangYuan Smart Home


(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit
N779 NH-Perfect Home


26% OFF
(index.php?route=produ

Item Cod
**$170.0**
N567 K

n

,

g

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.com/Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id





Resource Package | Downloads: 5

# U Shaped Couch Modular Sectional Sofa, Modern Deep Seat Cloud Couch, Oversized Modular Couches for Living Room, Comfy advanced flannelette Sofa Bed with Round Armrests 6 Pillows,Sofas for Bedroom

Item Code: W2120S00051 | First Arrival Date: **2026-04-08** | Return Rate: **N/A**

Price(Unit) **$736.00** Bid

Purchase Quantity 1 Unit | **13** Available | Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping**
Estimated Fulfillment Fee: $199.32 /Unit

**Cloud Wholesale Fulfillment**
Estimated Fulfillment Fee: $76.91~$147.37 /Unit
*(Min.volume/address: 100ft³)*

Storage fee $0.24 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

**"Cloud Wholesale Fulfillment (CWF)" should be selected when the Buyer wishes to ship the product in bulk. The Fulfillment Fee is paid at the time of product purchase.**

Orders placed with this option will be processed for shipping immediately.

Fulfillment Fee: **$76.91~$147.37** /Unit
**Min.volume/address: 100ft³*
**Min.volume/SKU: 20ft³*
295.86 lbs
34ft³

*The Fulfillment Fee includes the Shipping and Packing Fee.*
Base Shipping Fee: **$61.21~$131.67**
Packing Fee: **$15.70**

*CWF shipping fee is quoted by order. The fee provided above is for reference only. The actual CWF shipping fee will fluctuate due to factors such as order quantity.*
Learn more > (https://www.gigab2b.com/index.php?route=information/help_center/details&id=373)

Orders will be shipped from our warehouses within 3-5 business days after the order has been placed.

Estimated delivery timeframes for CWF may not be available in advance. Please see actual tracking for ETA.

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** | After-sales Policy (Custom) | Protection Service Rates

## Specification

**Product Information**

Item Code: W2120S00051
UPC: W2120S00051
Product Type: Combo Item
Product Name: U Shaped Couch Modular Sectional S…
Place of Origin: China
Main Color: Green
Main Material: Wood
Filler: Foam
Frame Material: Wood
Seats: 6 Seat

**Product Dimensions**

Assembled Length (in.): 158.00
Assembled Width (in.): 57.00
Assembled Height (in.): 35.00
Product Weight (lbs.): Not Applicable

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445367 | Package Quantity: 2 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445365 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445364 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445362 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products


3% OFF
(index.php?route=product/product&product_id=1069147)

Item Code: N719S000810K C WL RR
**$610.00-$700.00** /Unit

N719 Omni Furniture(Oris Fur.)


(index.php?route=product/product&product_id=1285158)

Item Code: W3819S00126 C
**$746.99** /Unit

W3819 W3819—T3&SOFA


(index.php?route=product/product&product_id=1321127)

Item Code: W1117S00382 C
**$289.00-$299.00** /Unit

W1117 AijiaFurniture


5% OFF
(index.php?route=produ

Item Cod
**$800.0**

N719 C

## You May Also Like


14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture


(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home


(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home


26% OFF
(index.php?route=produ

Item Cod
**$170.0**

N567 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

GIGA Blog (https://www.gigacloudtech.com/blog)

Career (https://www.gigacloudtech.com/careers)

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.co Cloud-Logistics-103600301271242)

n

,

g

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id

USA / $ Help Center (index.php?route=information/help_center/index) Buyer Central (index.php?route=account/buyer_central) Message Center(99+) (index.php?route=account/message_center/seller) Logout (https://www.gigab2b route=account/logout

GIGACLOUD TECHNOLOGY (index.php?route=common/home)

Products Mod Search Advanced Filter

Popular searches: Dining Furniture

Home (index.php?route=common/home) Prime Day Picks (https://www.gigab2b.com/index.php?route=marketing_campaign/n

Home (index.php?route=common/home) / Furniture (index.php?route=product/category&product_category_id=10013) / Primary Living Space (index.php?route=product/category&product_category_id=10026) / Sectionals (index.php?route=product/category&product_category_id=10035) / U Shaped Couch Modular Sectional Sofa, Modern Deep Seat …





Resource Package | Downloads: 7

## U Shaped Couch Modular Sectional Sofa, Modern Deep Seat Cloud Couch, Oversized Modular Couches for Living Room, Comfy advanced flannelette Sofa Bed with Round Armrests 6 Pillows,Sofas for Bedroom

Item Code: W2120S00052 First Arrival Date: **2026-04-08** Return Rate: **N/A**

Price(Unit) **$736.00** Bid

Purchase Quantity − 1 + Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping**
Estimated Fulfillment Fee: $199.32 /Unit

**Cloud Wholesale Fulfillment**
Estimated Fulfillment Fee: $76.91~$147.37 /Unit
*(Min.volume/address: 100ft³)*

Storage fee $0.24 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

**Product Info** After-sales Policy (Custom) Protection Service Rates

## Specification

**Product Information**

| | | |
|---|---|---|
| Item Code: W2120S00052 | UPC: W2120S00052 | Product Type : Combo Item |
| Product Name: U Shaped Couch Modular Sectional S… | Place of Origin: China | Main Color: Pink |
| Main Material: Wood | Filler: Foam | Frame Material: Wood |
| Seats: 6 Seat | | |

**Product Dimensions**

| | | |
|---|---|---|
| Assembled Length (in.): 158.00 | Assembled Width (in.): 57.00 | Assembled Height (in.): 35.00 |
| Product Weight (lbs.): Not Applicable | | |

**Package Size**

| | | |
|---|---|---|
| Sub-item 1: W2120P445354 | Package Quantity: 2 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445352 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445344 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445342 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products



(index.php?route=product/product&product_id=671566)

Item Code: SG000432AAN C WL RR
**$600.00-$700.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF
(index.php?route=product/product&product_id=1348047)

Item Code: W2530P458025
**$323.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1285158)

Item Code: W3819S00126 C
**$746.99** /Unit

W3819 W3819—T3&SOFA



(index.php?route=produ

Item Cod
**$600.0**

N719 C

## You May Also Like



14% OFF
(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF
(index.php?route=produ

Item Cod
**$170.0**

N567 K

**About Us**

About GIGA (https://www.gigacloudtech.com/about)

How We Work (https://www.gigacloudtech.com/sfr)

n

GIGA Blog (https://www.gigacloudtech.com/blog)

,

Career (https://www.gigacloudtech.com/careers)

g

Investors (https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?route=information/help_center/index)

Buy on GIGA (index.php?route=customer/register)

Sell on GIGA (index.php?route=seller/profile/index)

GIGA Partner Ecosystem (index.php?route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.cor Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id





Resource Package | Downloads: 6

# U Shaped Couch Modular Sectional Sofa, Modern Deep Seat Cloud Couch, Oversized Modular Couches for Living Room, Comfy advanced flannelette Sofa Bed with Round Armrests 6 Pillows,Sofas for Bedroom

Item Code: W2120S00053 C

First Arrival Date: **2026-04-08**

Return Rate: **N/A**

Price(Unit) **$736.00** Bid

Purchase Quantity − 1 + Unit **13** Available Surplus Stock Level: **Medium**

Fulfillment Options

**Drop Shipping**
Estimated Fulfillment Fee: $199.32 /Unit

**Cloud Wholesale Fulfillment**
Estimated Fulfillment Fee: $76.91~$147.37 /Unit
*(Min.volume/address: 100ft³)*

Storage fee $0.24 / day(Estimated) Learn more (https://www.gigab2b.com/index.php?route=information/help_center/details&id=519)

1 Piece

Total Item Cost

Estimated Total *(Fulfill*

Drop Shipping Handli
**1-3** business days

CWF Handling Time
**3-5** business days

Buy Now

Add to (

YR Furn
W2120
GIGA Ind
(index.php?route=customerpartn
Return Rate: Low
Message Response Rate

Messa

Product Info After-sales Policy (Custom) Protection Service Rates

## Specification

### Product Information

Item Code: W2120S00053

UPC: W2120S00053

Product Type : Combo Item

Product Name: U Shaped Couch Modular Sectional S…

Place of Origin: China

Main Color: Beige

Main Material: Wood

Filler: Foam

Frame Material: Wood

Seats: 6 Seat

### Product Dimensions

Assembled Length (in.): 158.00

Assembled Width (in.): 57.00

Assembled Height (in.): 35.00

Product Weight (lbs.): Not Applicable

### Package Size

| | | |
|---|---|---|
| Sub-item 1: W2120P445338 | Package Quantity: 2 | 35.43 * 22.64 * 8.07 in. 32.41 lbs. |
| Sub-item 2: W2120P445305 | Package Quantity: 2 | 36.22 * 27.17 * 9.25 in. 52.47 lbs. |
| Sub-item 3: W2120P445298 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |
| Sub-item 4: W2120P445297 | Package Quantity: 1 | 42.13 * 27.17 * 9.25 in. 63.05 lbs. |

### Product Features

- 【Spacious Seating Space】The modular sectional sofa offers a generous seating space with extra-wide and extra-deep seat design. Its modular design allows t effortlessly adapt to spacious space, compact spaces, or small apartments. This modern sofa can be small couches for small spaces or oversized modular sectio living room
- 【Superior Comfy Cloud Couch】Upholstered of our modular sofa in advanced flannelette and high-quality sponge, 2-layer thickened seat cushions offers excelle elasticity for your body, whether you're entertaining guests or enjoying quality time with family, everyone can find a cozy spot on the modular couch
- 【Exquisite Armrests】The armrest of the cloud couch with good filled inside the bolsters, providing comfort support for the hands, while sitting on it the bolsters a also provide your head with the appropriate radian and support
- 【Flexible Combination】Each unit of the sectional couch can be moved and reconfigured into chaise lounges, accent chairs, or sectional sofas. We have a varie combinations of choice, loveseat, 2 seater couch, 3 seater couch, 4 seater couch, 5 seater sectional couch, 6 seater sectional sofa, l shaped couch, u shaped sec
- 【Throw Pillow Included】Each seat of the deep seat sectional sofa is equipped with a matching pillow, providing a cohesive and stylish look while ensuring ever spent on it is comfortable and supported

## Similar Products



(index.php?route=product/product&product_id=671566)

Item Code: SG000432AAN C WL RR
**$600.00-$700.00** /Unit

N719 Omni Furniture(Oris Fur.)



10% OFF

(index.php?route=product/product&product_id=1348047)

Item Code: W2530P458025
**$323.10** /Unit

W2530 DreamChairs



(index.php?route=product/product&product_id=1285158)

Item Code: W3819S00126 C
**$746.99** /Unit

W3819 W3819—T3&SOFA



(index.php?route=produ

Item Cod
**$600.0**

N719 C

## You May Also Like



14% OFF

(index.php?route=product/product&product_id=859931)

Item Code: W2120S00004 C
**$220.00-$240.00** /Unit

W2120 YR Furniture



(index.php?route=product/product&product_id=1263608)

Item Code: W487P420017
**$160.00-$179.00** /Unit

W487 ChuangYuan Smart Home



(index.php?route=product/product&product_id=651033)

Item Code: 61698.00BGRY RR
**$160.00-$165.00** /Unit

N779 NH-Perfect Home



26% OFF

(index.php?route=produ

Item Cod
**$170.0**

N?7 K

n

,

g

**About Us**

About GIGA
(https://www.gigacloudtech.com/about)

How We Work
(https://www.gigacloudtech.com/sfr)

GIGA Blog
(https://www.gigacloudtech.com/blog)

Career
(https://www.gigacloudtech.com/careers)

Investors
(https://investors.gigacloudtech.com/)

**Support**

Help Center (index.php?
route=information/help_center/index)

Buy on GIGA (index.php?
route=customer/register)

Sell on GIGA (index.php?
route=seller/profile/index)

GIGA Partner Ecosystem
(index.php?
route=giga/service_provider/index)

**Follow us on social media**

(https://www.linkedin.com/company/giga-cloud-logistics/)

(https://www.facebook.co Cloud-Logistics-103600301271242)

ogy (Hong Kong) Limited ©2026

b2b.com/index.php?route=information/help_center/details&id=391) | Terms and Conditions (https://www.gigab2b.com/index.php?route=information/help_center/details&id