IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

*Plaintiff*,

v.

SCHEDULE A DEFENDANTS,

*Defendant*.

Civil Action No. 2:26-cv-1788

Hon. William S. Stickman IV

**HEARING MEMO**

HEARING HELD: Videoconference Injunction Hearing
DATE HEARING HELD: October 26, 2026
BEFORE: Judge William S. Stickman IV

Appearing for Plaintiff:
Zheng Liu, Esquire

Appearing for Defendant YR Furniture:
Steven Kalberg, Esquire

Hearing began at 1:03 p.m.

Hearing concluded at 1:23 p.m.

Stenographer: Sharon Siatkowski

OUTCOME:

This hearing was held re: Plaintiff's request for a preliminary injunction. (ECF No. 10).

As to Defendant No. 2 – request for preliminary injunction denied. The temporary restraining order and asset restraint are lifted.

As to Defendant No. 3 – request for preliminary injunction is granted.

As to Defendant No. 4 – an extension of time to execute service was granted. Service as to Defendant No. 4 is due on or before November 9, 2026.