IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

*Plaintiff*,

v.

SCHEDULE A DEFENDANTS,

*Defendant*.

Civil Action No. 2:26-cv-1788

Hon. William S. Stickman IV

**ORDER OF COURT**

AND NOW, this 26 day of October 2026, IT IS HEREBY ORDERED that a videoconference on Plaintiff's request for a preliminary injunction as to Defendant No. 4 is scheduled for **November 16, 2026 at 9:30 a.m.** before Judge William S. Stickman IV. The parties may join the ZoomGov meeting by: https://pawd-uscourts.zoomgov.com/j/1653068541

IT IS FURTHER ORDERED that counsel for Plaintiff serve a copy of this scheduling order upon Defendant No. 4 and file proof of the same with the Court.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE