**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTEN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **YUN ZHU,**<br>Plaintiff,<br>v.<br>**SCHEDULE A DEFENDANTS,**<br>Defendant. | **Civil Action No. 2:26-cv-01788-WSS**<br>**Hon. William S. Stickman** |

**UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME FOR DEFENDANT NO. 2 YR FURNITURE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b), Fed.R.Civ.P., Defendant No. 2 YR Furniture ("Defendant") files this unopposed motion requesting a first extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendant contends there is good cause for the extension and states as follows:

1. Plaintiff Yun Zhu ("Plaintiff") commenced this action for design patent infringement on August 26, 2026. (Dkt. No. 1).

2. Plaintiff contends that Defendant was served the summons and Complaint October 22, 2026. (Dkt. No. 27). Based on that date, Defendant's response is due November 3, 2026. (*Id.*). Defendant disputes that it was properly served.

3. Plaintiff has stated it does not oppose a 14-day extension of time to November 17, 2026.

4. Defendant respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including November 17, 2026. Defendant requests the extension to allow additional time to investigate the allegations of copyright infringement in the Complaint. Furthermore, Defendant is in Asia, which slows communications with its attorneys.

Additionally, Plaintiff and Defendant continue to make progress in settlement and require additional time to see if the case can be resolved.

Defendant No. 2 YR Furniture therefore respectfully requests that the Court extend the time for YR Furniture to answer Plaintiff's Complaint through and including November 17, 2026.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Steven G. Kalberg*
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (847) 508-1294
e-mail: skalberg@directionip.com

*Counsel for Defendant No. 2 YR Furniture*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ Steven G. Kalberg*
Steven G. Kalberg