**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTEN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **YUN ZHU,**<br><br>Plaintiff,<br>v.<br><br>**SCHEDULE A DEFENDANTS,**<br><br>Defendant. | **Civil Action No. 2:26-cv-01788-WSS**<br><br>**Hon. William S. Stickman** |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME FOR DEFENDANT NO. 2 YR FURNITURE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The Court having considered the parties Unopposed Motion for a First Extension of Time for Defendant No. 2 YR Furniture to Answer or Otherwise Respond to Plaintiff's Complaint, finds that there is good cause for granting the motion. The motion is therefore GRANTED.

Defendant No. 2 YR Furniture shall have until November 17, 2026, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: ____________________

________________________________
Honorable William S. Stickman
United States District Judge