**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTEN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **YUN ZHU,**<br><br>Plaintiff,<br>v.<br><br>**SCHEDULE A DEFENDANTS,**<br><br>Defendant. | **Civil Action No. 2:26-cv-01788-WSS**<br><br>**Hon. William S. Stickman** |

**[PROPOSED] ORDER GRANTING DEFENDANT NO. 2 W2120 YR FURNITURE**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

The Court having considered the Defendant No. 2 W2120 YR Furniture's Motion to Dismiss for Failure to State a Claim, finds that there is good cause for granting the motion. The motion is therefore GRANTED.

Defendant No. 2 YR Furniture is dismissed with prejudice from the case.

IT IS SO ORDERED.

Dated: ____________________

____________________________________
Honorable William S. Stickman
United States District Judge