**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YUN ZHU | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:26-CV-1788-WSS |
| | ) | |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | |

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant No. 2 W2120 YR Furniture, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public. Defendant No. 2 W2120 YR Furniture states further it is organized and existing under the laws of the People's Republic of China.

11/25/2026 — Steven G. Kalberg

Date — Signature of Attorney or Litigant